reversing, on certiorari, a determination of the Board of Standards and Appeals of the city of New York granting an application of appellant J. P. C. Realty Corporation for permission to erect an apartment house on premises owned by it at the northeast corner of Cortelyou road and East Eighteenth street in the borough of Brooklyn according to " C " area district regulations instead of " E " area district regulations which were applicable to that locality.

*George P. Nicholson, Corporation Counsel (Willard S. Allen, J. Joseph Lilly* and *Martin H. Murphy* of counsel), for Board of Standards and Appeals, appellants.

*Edward A. McShane* for J. P. C. Realty Corporation, appellant.

*Leonard M. Wallstein* and *Ralph M. Frink* for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ. Dissenting: CARDOZO, Ch. J., and POUND, J.

-----

In the Matter of SIKORA REALTY CORPORATION, Respondent, against CHARLES W. BALES, Superintendent of Buildings of the Borough of Queens, Appellant.

*New York city — tax exemption — mandamus — Superintendent of Buildings directed to correct records so as to show buildings completed within time to obtain exemption.*

*Matter of Sikora Realty Corp.* v. *Bales,* 222 App. Div. 837, affirmed. (Argued May 28, 1928; decided June 12, 1928.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 27, 1928, which unanimously affirmed an order of Special Term granting a motion for a peremptory order of mandamus to compel defendant to correct the records of his office to show that certain buildings belonging to petitioner were completed for

occupancy on or before the 29th day of March, 1924, so as to come within a tax exempt ordinance of the city of New York adopted pursuant to the provisions of section 4-b of the Tax Law (L. 1920, ch. 949).

*George P. Nicholson, Corporation Counsel (Willard S. Allen, J. Joseph Lilly* and *Robert J. Culhane* of counsel), for appellant.

*William Gilligan* and *Henry F. Wolff* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

In the Matter of the MAYOR and COMMON COUNCIL OF THE CITY OF YONKERS, Appellants, against THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.

*Yonkers (city of) — streets — railroads — application for widening of overhead crossing — failure to show necessity.*

*Matter of Mayor, etc., of Yonkers (McLean Ave.)*, 222 App. Div. 766, affirmed.

(Argued May 28, 1928; decided June 12, 1928.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 16, 1927, which unanimously affirmed a determination of the Public Service Commission dismissing for lack of jurisdiction an application by the Mayor and Common Council of the city of Yonkers for an order directing the widening of the bridge and roadway carrying McLean avenue over the tracks of the main line, Putnam Division, of the New York Central Railroad Company in the city of Yonkers.

*Leonard G. McAneny* and *Richard E. Fitz Gibbon* for appellants.

*Frederick L. Wheeler, George H. Walker* and *Alexander S. Lyman* for respondent.

Order affirmed, with costs, on the ground that the petitioner has failed to show that an alteration of the